EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Miriam Soto Contreras | 2007 TSPR 137<br><br>171 DPR _____ |
| --- | --- |

Número del Caso: TS-8623


Fecha: 29 de junio de 2007


Abogada de la Parte Peticionaria:

                        Por Derecho Propio


Colegio de Abogados de Puerto Rico:

                        Lcdo. José M. Montalvo Trías
                        Director Ejecutivo




Materia: Baja voluntaria del ejercicio de la abogacía.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

TS-8623

Miriam Soto Contreras

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de junio de 2007.

Atendida la Moción en contestación a resolución presentada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del ejercicio de la abogacía de la Lcda. Miriam Soto Contreras.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo